IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| vs. | : | CRIMINAL NO. 10-367-6 |
| CORI DEVAULT | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 5th day of December, 2011, came the attorney for the Government and the defendant being present with counsel, and

[X] The Court having granted the defendant's motion for judgment of acquittal as to: <u>Count 1s 21:846 Conspiracy to distribute 50 grams or more of cocaine base ("crack") and heroin and count 1ss 21:846 conspiracy to distribute 280 grams or more of cocaine base ("crack") cocaine and heroin.</u>

[] A jury has been waived, and the Court has found the defendant not guilty as to:

[] The jury has returned its verdict, finding the defendant not guilty as to:

AND IT IS THEREFORE ORDERED that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

BY THE COURT:

\_\_\_\_\_/s/ Legrome D. Davis_____
Legrome D. Davis , J.

cc: U.S. Marshal
      Probation Office
      Counsel

| 12/5/11 | DMC |
|---|---|
| Date | By Whom |

Cr 1 (8/80)