## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

                                 :

       vs.                  :        CRIMINAL NO. 10-367-1-3-4 & 7

STEVEN J. SANTANA, JR.       :
SAMUEL VALLES
LUIS BERRIOS              :
DESHANTE LEWIS

### JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 7th day of December, 2011, came the attorney for the Government and the defendant being present with counsel, and

[X]     The Court having granted the defendants' motion for judgment of acquittal as to: <u>Count 1ss 21:846 Conspiracy to distribute 50 grams or more of cocaine base ("crack") and heroin and count 1ss 21:846 conspiracy to distribute 280 grams or more of cocaine base ("crack") cocaine and heroin.</u>

[]     A jury has been waived, and the Court has found the defendant not guilty as to:

[]     The jury has returned its verdict, finding the defendant not guilty as to:

AND IT IS THEREFORE ORDERED that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

BY THE COURT:

\_\_/s/ Legrome D. Davis
Legrome D. Davis , J.