IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 10-367-8 |
| ELVIN PEREZ | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 7th day of December, 2011, came the attorney for the Government and the defendant being present with counsel, and

[X]   The Court having granted the defendant's motion for judgment of acquittal as to: <u>Count 1ss 21:846 Conspiracy to distribute 50 grams or more of cocaine base ("crack") and heroin and count 1ss 21:846 conspiracy to distribute 280 grams or more of cocaine base ("crack") cocaine and heroin.</u>

[]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to: Count 4ss 21:841(a)(1),(b)(1)( C) Distribution of Cocaine Base ("crack") and aiding and abetting. Count 8ss 21:841(a)(1),(b)(1)(B) Distribution of 28 grams or more of cocaine base ("crack") and aiding and abetting.

AND IT IS THEREFORE ORDERED that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Legrome D. Davis
_____
Legrome D. Davis , J.

cc:   U.S. Marshal
      Probation Office
      Counsel

| 12/7/11 | DMC |
| --- | --- |
| Date | By Whom |

Cr 1 (8/80)